UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL DAVIS,<br><br>                Plaintiff,<br><br>    v.<br><br>ZHOU LIANG,<br><br>                Defendant. | CASE NO. C17-849-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: On April 11, 2018, Plaintiff submitted a corrected Request for Service to the Chinese Ministry of Justice. (See Dkt. No. 15.) More than six months have elapsed since the submission of this request, such that entry of default may now be proper under Article 15 of the Hague Convention. Plaintiff is hereby ORDERED, within ten (10) days of the date of this Minute Order, to submit a supplemental statement (1) describing any further efforts to effect service, (2) indicating whether he has received any response from Defendant,

and (3) indicating whether he believes that entry of default judgment is proper. If Plaintiff intends to file a renewed Motion for Default, he may do so simultaneously.

If such a statement is not timely filed, this case will be dismissed without prejudice for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 12, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk
