# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL DAVIS,<br><br>               Plaintiff,<br><br>    v.<br><br>ZHOU LIANG,<br><br>               Defendant. | CASE NO. C17-849-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Renewed Motion for Default. (Dkt. No. 23.) The Motion is based, in part, upon the Declaration of Dana Vizzare and exhibits attached thereto. However, it does not appear that any such declaration was filed in connection with the Renewed Motion. Plaintiff is directed to review his Renewed Motion and file any supplemental exhibits within three (3) days of the date of this Minute Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 15, 2018.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk